Rowe v 4601 Second Ave, LLC (2024 NY Slip Op 03771)

Rowe v 4601 Second Ave, LLC

2024 NY Slip Op 03771

Decided on July 10, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 10, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
DEBORAH A. DOWLING
HELEN VOUTSINAS
LAURENCE L. LOVE, JJ.

2020-08308
 (Index No. 517975/16)

[*1]Glenson Rowe, respondent, 
v
4601 Second Ave, LLC, defendant, Volmar Construction, Inc., appellant.

Wilson Elser Moskowitz Edelman & Dicker LLP, New York, NY (I. Elie Herman and Judy Selmeci of counsel), for appellant.
Wiese & Aydiner, PLLC, Mineola, NY (Si Aydiner of counsel), for respondent.

DECISION & ORDER
In an action to recover damages for personal injuries, the defendant Volmar Construction, Inc., appeals from an order of the Supreme Court, Kings County (Loren Baily-Schiffman, J.), dated October 13, 2020. The order, insofar as appealed from, denied that branch of that defendant's cross-motion which was to vacate an order of the same court dated June 27, 2019, inter alia, granting that branch of the plaintiff's motion which was for leave to amend the complaint to add Volmar Construction, Inc., as a defendant.
ORDERED that this appeal is dismissed as academic, with costs, in light of our determination on the appeal from the order dated June 27, 2019 (see Rowe v 4601 Second Ave, LLC, ____ AD3d ____ [Appellate Division Docket No. 2021-00853; decided herewith]).
BRATHWAITE NELSON, J.P., DOWLING, VOUTSINAS and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court